IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HRETZ, individually
And on behalf of other employees
Similarly situated,

      Plaintiff                                    Case No.:  2:08CV13477
                                                  Judge George Caram Steeh
      v.                                            Magistrate Judge Paul J. Komives

AMERITECH PUBLISHING, INC., *et al.,*

      Defendants.

_____/

| | |
|---|---|
| Barbara E. Buchanan | Barbara M. Harvey |
| Terrence J. Miglio | 1394 East Jefferson Avenue |
| Jonathon A. Rabin | Detroit, MI   48207 |
| Keller Thoma | Phone:  (313) 567-4228 |
| 440 E. Congress, 5th Floor | Email:  blmharvey@sbcglobal.net |
| Detroit, MI   48226-2918 | |
| Phone:  (313) 965-7610 | Theodore E. Meckler |
| Email:  beb@kellerthoma.com | Communications Workers of America |
| Attorneys for Defendant, | 20525 Center Ridge Road, Room 700 |
| Ameritech Publishing, Inc. | Cleveland, OH  44116 |
| | Phone:  (440) 333-6363 |
| R. Ian Hunter | Email:  tmeckler@cwa-union.org |
| Kenneth W. Zatkoff | Attorneys for all Union Defendants |
| Dean & Fulkerson | |
| 801 W. Big Beaver Road, 5th Floor | |
| Email:  rihunter@dflaw.com | |
| Phone:  (248) 362-1300 | |
| Troy, MI   48084-4767 | |
| Attorneys for Plaintiffs | |

**ORDER EXTENDING TIME FOR DEFENDANTS CWA, CWA DISTRICT 4, AND CWA LOCAL 4100 TO ANSWER FIRST AMENDED COMPLAINT**

        Counsel for all involved parties stipulated to extend to January 28, 2009, the time for the filing of an Answer to the First Amended Complaint by Defendants, Communications Workers of America, AFL-CIO/CLC, CWA District 4, and CWA Local 4100 (hereinafter,

1

**2**

"Union Defendants"), and further stipulated to the Court's entry of an appropriate Order in that regard.

*IT IS HEREBY ORDERED* that Union Defendants shall have until January 28, 2009 to file their answer to the First Amended Complaint.

So ordered.

s/George Caram Steeh
United States District Judge

Dated:  January 9, 2009