UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HRETZ,
individually and on behalf of
other employees similarly situated

        Plaintiff,

                                       Case No. 08-CV-13477
vs.                                 HON. GEORGE CARAM STEEH

AMERITECH PUBLISHING, INC., et al.,

        Defendants.
_____/

## ORDER DENYING ENTRY OF STIPULATED ORDER TO STAY DISCOVERY AND SCHEDULING STATUS CONFERENCE FOR TUESDAY, MARCH 23, 2010 @ 10:00 A.M.

Defendants Communication Workers of America, AFL-CIO/CLC, and CWA Local 4100 (collectively "Union"), defendant Ameritech Publishing, Inc., and Kelly Frakes, widow of the decedent plaintiff Robert Hretz, filed a proposed stipulated order on March 15, 2010, seeking a stay of discovery pending the court's rulings on: (1) Ameritech's March 15, 2010 motion to dismiss Count VI alleging breach of a collective bargaining agreement ("CBA") and that part of Count II alleging liquidated damages under the federal Age Discrimination in Employment Act ("ADEA"); (2) Union's March 15, 2010 motion to dismiss Count VII alleging breach of a duty of fair representation; and (3) plaintiff's March 1, 2010 motion to substitute Hretz's personal representative Kelly Frakes as the proper party-plaintiff.

Pursuant to a September 24, 2009 Stipulated Order Amending Rule 26(f) Discovery Plan, this lawsuit is bifurcated into two phases. Phase One involves only Count VI alleging breach of the CBA and Count VII alleging Union's breach of a duty of fair representation. Discovery cut-off for Phase One expired on February 26, 2010. September 24, 2009 Stipulated Order, at 2. Phase Two involves plaintiff's claims of violations of the federal ADEA (Counts I and II), age discrimination under Michigan's Elliott-Larsen Civil Rights Act

("ELCRA") (Count III), violations of the Americans with Disabilities Act ("ADA") (Count IV), and violations of Michigan's Persons With Disabilities Civil Rights Act ("PWDCRA") (Count V). Discovery cut-off for Phase Two is July 30, 2010. September 24, 2009 Stipulated Order, at 3.

Discovery for Phase One has expired, and is not subject to a stay. The court is not persuaded at this time that staying discovery with respect to Phase Two would serve the interests of judicial economy. Union's motion to dismiss is directed solely to the Phase One claim of breach of a duty of fair representation. Ameritech's motion to dismiss is directed to the Phase One claim of breach of the CBA, and that part of plaintiff's Phase Two claim for liquidated damages under the ADEA. These dispositive motions do not challenge the remaining Phase Two claims of violations of the ADEA (Count I), age discrimination under Michigan's ELCRA (Count III), violations of the ADA (Count IV), and violations of Michigan's PWDCRA (Count V). The possibility that plaintiff's motion to substitute personal representative Frakes as the party-plaintiff may be denied does not warrant staying discovery as to these remaining Phase Two claims. Accordingly,

Entry of the parties' March 15, 2010 proposed Stipulated Order Staying Discovery is hereby DENIED, without prejudice. The parties are hereby ORDERED to appear on **TUESDAY, MARCH 23, 2010 @ 10:00 A.M.,** **PROMPTLY**, at Chambers, Room 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan, 48226 for a status conference.

SO ORDERED.

Dated: March 16, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 16, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk