UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HRETZ, individually and
on behalf of other employees
similarly situated,

        Plaintiff,

vs.
        Case No. 08-CV-13477
        HON. GEORGE CARAM STEEH

AMERITECH PUBLISHING, INC., et al.,

        Defendants.

_____/

ORDER STAYING DISCOVERY PENDING
ADJUDICATION OF PLAINTIFF'S MOTION TO SUBSTITUTE
KELLY FRAKES AS PARTY-PLAINTIFF AND
DEFENDANTS' MOTIONS TO DISMISS;
BRIEFING SCHEDULE AND NOTICE OF HEARING
ON MAY 10, 2010 @ 3:00 P.M.

Following a March 23, 2010, status conference attended by counsel of all parties, the court hereby STAYS further discovery pending adjudication of plaintiff's March 1, 2010, motion to substitute Kelly Frakes, personal representative of the Estate of Richard Hretz, as the party-plaintiff (# 84), defendant Ameritech's March 15, 2010, motion to dismiss (#86), and defendant Communication Workers of America, AFL-CIO/CLC, and CWA Local 4100's (collectively "Union") March 15, 2010, motion to dismiss (#87). This stay SHALL NOT extend the current scheduling dates. Discovery motions before the Magistrate Judge remain terminated, and may be reopened by written notice filed by a party, but only after termination of the instant stay order. The parties shall notify the court of their availability to conduct court supervised settlement discussions at their earliest convenience as this

stay order does not stay such discussions.

Plaintiff's motion to substitute Kelly Frakes is fully briefed. Plaintiff's responses to defendants' motions to dismiss shall be filed with the court on or before April 8, 2010. Defendants' replies shall be filed with the court on or before April 22, 2010. The parties are hereby notified to appear before this court on **MONDAY, MAY 10, 2010 at 3:00 P.M., PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan, 48226, for hearing on plaintiffs' motion for substitution of Kelly Frakes as the party-plaintiff, defendant Ameritech's motion to dismiss, and defendant Union's motion to dismiss.

SO ORDERED.

Dated: March 24, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 24, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk